```
                                                                    FILED
                                                                 July 2, 2008
         UNITED STATES DISTRICT COURT FOR THE               CLERK, US DISTRICT COURT
                                                             EASTERN DISTRICT OF
            EASTERN DISTRICT OF CALIFORNIA                        CALIFORNIA
                                                                 DEPUTY CLERK
```

UNITED STATES OF AMERICA,      )
                               )    Case No. MAG. 08-0217-KJM
              Plaintiff,       )
v.                             )    ORDER FOR RELEASE OF
                               )    PERSON IN CUSTODY
CORY WHALEN,                   )
                               )
              Defendant.       )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release CORY WHALEN, Case No. MAG. 08-0217-KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

_____   Release on Personal Recognizance

  X     Bail Posted in the Sum of: $50,000.00.

        _X_   Unsecured Appearance Bond

        ___   Appearance Bond with Surety

        _X_   (Other) Conditions as stated on the record.

        ___   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  07/02/08  at  3:15 pm

                                        By  _____
                                            Edmund F. Brennan
                                            United States Magistrate Judge