JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
CORY WHALEN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,        )  | No. CR-S-08-318 LKK |
|                  Plaintiff,          )  |  |
|                                      )  | STIPULATION AND |
|       v.                             )  | ORDER TO CONTINUE |
|                                      )  | SENTENCING |
| CORY WHALEN,                         )  |  |
|                                      )  | Date: December 6, 2011 |
|                  Defendant.          )  | Time: 9:15 a.m. |
|                                      )  | Judge: Hon. Lawrence K. Karlton |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Russell Carlberg, Assistant United States Attorney, together with counsel for defendant Cory Whalen, John Manning, Esq., that the sentencing presently set for November 8, 2011, be **continued to December 6, 2011, at 9:15 a.m.,** thus **vacating** the presently set sentencing. The parties and United States Probation hereby requests that the court adopt the following schedule pertaining to the presentence report:

| | |
|---|---|
| **Judgment and Sentencing date:** | **12/6/11** |
| Reply, or Statement of Non-Opposition: | 11/29/11 |
| Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 11/22/11 |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | 11/15/11 |

-1-

| | |
|---|---|
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | 11/8/11 |
| The proposed Presentence Report shall be disclosed to Counsel no later than: | N/A |

Respectfully submitted,

Dated:  October 12, 2011          /s/ John R. Manning
                                  JOHN R. MANNING
                                  Attorney for Defendant
                                  Cory Whalen


Dated:  October 12, 2011          BENJAMIN B. WAGNER
                                  United States Attorney

                                  /s/ Russell Carlberg
                                  RUSSELL CARLBERG
                                  Assistant U.S. Attorney

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
CORY WHALEN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. CR-S-08-318 LKK |
| Plaintiff, | ) |
| | ) ORDER |
| v. | ) |
| | ) Date:  December 6, 2011 |
| CORY WHALEN, | ) Time:  9:15 a.m. |
| | ) Judge: Hon. Lawrence K. Karlton |
| Defendant. | ) |

GOOD CAUSE APPEARING, it is hereby ordered that the sentencing for COREY WHALEN, presently set for November 8, 2011, at 9:15 a.m. be continued to December 6, 2011, at 9:15 a.m.

Dated:  October 13, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

-3-