JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
CORY WHALEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. CR-S-08-318 LKK |
| Plaintiff, | ) |
| | ) STIPULATION AND |
| v. | ) ORDER TO CONTINUE |
| | ) SENTENCING |
| CORY WHALEN, | ) |
| | ) Date: January 10, 2012 |
| Defendant. | ) Time: 9:15 a.m. |
| _____ | ) Judge: Hon. Lawrence K. Karlton |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Russell Carlberg, Assistant United States Attorney, together with counsel for defendant Cory Whalen, John Manning, Esq., that the sentencing presently set for December 6, 2011, be **continued to January 10, 2012, at 9:15 a.m.,** thus **vacating** the presently set sentencing.

This request for this continuance is based on anticipated revision(s) by the United States Probation Office to the pre-sentence report and the need for additional time for the Defense to adequately address the revision(s).  In the process of preparing a co-defendant's  PSR in this matter (and after Mr. Whalen's draft PSR had been published to the parties), US Probation indicated an additional enhancement may apply to Mr. Whalen. The "discovery" of this additional enhancement and the ensuing communication(s) between the parties (including USPO) coincided with the due date of Mr. Whalen's informal objections. The parties discussed (email exchanges) the issue and agreed to continue the matter to allow the Defense the opportunity to respond, informally initially, to the PSR and the additional enhancement sought

by US Probation.  (To be perfectly clear, the Defense requested the continuance and both the US

Attorney and USPO, agreed as stipulated herein.)

     To that end, the parties and United States Probation hereby requests that the court adopt

the following schedule pertaining to the presentence report:

| | |
|---|---|
| **Judgment and Sentencing date:** | **1/10/12** |
| Reply, or Statement of Non-Opposition: | 1/3/12 |
| Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 12/27/11 |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | 12/20/11 |
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | 12/13/11 |
| The proposed Presentence Report shall be disclosed to Counsel no later than: | N/A |

                                                    Respectfully submitted,

Dated:  November 23, 2011            /s/ John R. Manning
                                                    JOHN R. MANNING
                                                    Attorney for Defendant
                                                    Cory Whalen


Dated:  November 23, 2011            BENJAMIN B. WAGNER
                                                    United States Attorney

                                                    /s/ Russell Carlberg
                                                    RUSSELL CARLBERG
                                                    Assistant U.S. Attorney

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
CORY WHALEN


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. CR-S-08-318 LKK |
|       Plaintiff, | ) |
| | ) ORDER |
|   v. | ) |
| | ) Date:  January 10, 2012 |
| CORY WHALEN, | ) Time:  9:15 a.m. |
| | ) Judge: Hon. Lawrence K. Karlton |
|       Defendant. | ) |

GOOD CAUSE APPEARING, it is hereby ordered that the sentencing for COREY WHALEN, presently set for December 6, 2011, at 9:15 a.m. be continued to January 10, 2012, at 9:15 a.m.


Dated: November 29, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

–3–